# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
*and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

September 14, 2021

**BY ECF**
Honorable Paul A. Crotty
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

9/16/2021
A conference will be held on
October 19, 2021 at 11:45 AM.
Time will be excluded through
October 19, 2021. SO ORDERED.

*Paul A. Crotty*

Re:  **United States v. Baudilio Reyes Et Al.**
     **20 Cr. 507 (PAC)**

Dear Judge Crotty,

    I write on behalf of my client Baudilio Reyes with consent from the Government, to respectfully request that the Court adjourn the September 15 pretrial conference for approximately 30-days.

    The parties need this additional time to engage in discussions towards a possible pretrial resolution. I have contacted other defense counsel and they all consent to an adjournment of 30-days to a date on or after October 15 **except** the following dates: October 20, 22, 29, 30- morning.

    Defensel counsel consent to the exclusion of time until the next status conference.

Respectfully submitted,
/s/
Zawadi Baharanyi
Assistant Federal Defender

cc:    Benjamin Schrier (ECF).