# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

April 11, 2022

By ECF
The Honorable Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

4/12/2022

Re:   **United States v. Baudilio Reyes**
       **20 CR 507 (PAC)**

*[Handwritten: Sentencing will be adjourned for 60 days to June 28, 2022 at [time] am. So ordered. Paul Crotty USDJ]*

Dear Judge Crotty:

     I write with the consent of the Government to request an adjournment of Mr. Reyes's sentencing hearing for a period of approximately 60 days. This is Mr. Reyes's first request for an adjournment of sentencing. I am awaiting additional records and documentation critical to his sentencing. Moreover, the parties await completion of the final Presentence Report. The requested adjournment will provide the defense with enough time to obtain and incorporate into its advocacy, records that serve as important mitigation evidence and that are critical to Mr. Reyes's sentencing hearing. Significantly, Mr. Reyes continues to be compliant with his Pretrial conditions of release and continues to work full time in masonry and construction (as verified by Pretrial Services).

     As noted above, the Government consents to this request for an adjournment. Both parties are available the week of June 27, 2022.

Respectfully submitted,

/s/
Zawadi Baharanyi
Assistant Federal Defender
917-612-2753

cc:   Kaylan Lasky
       Assistant United States Attorney
       (by ECF)