# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

January 19, 2023

By ECF

The Honorable Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

1/20/2023
The Court will grant one last
surrender date extension to
February 13, 2023. SO ORDERED.

*[signature]*

Re:     **United States v. Baudilio Reyes**
        **20 Cr. 507 (PAC)**

Dear Judge Crotty:

I write to request a second extension of Mr. Baudilio Reyes's surrender date from January 23, 2023, to February 13, 2023. On January 6, Your Honor extended Mr. Reyes's surrender date to allow him to assist his parents in relocating following the shooting death of his brother in front of his parents' home.

Unfortunately, on January 8, Mr. Reyes's father suffered a heart attack (Non-ST Elevated Myocardial Infraction) and was hospitalized from January 8 to January 10. Ex. A (Medical Records for Baudilio Reyes Sr.). His father's heart attack and hospitalization delayed his parent's relocation. Now that his father is out of the hospital and in recovery, Mr. Reyes requests a second extension of his surrender date so that he can assist his parents with their move. They are even more physically frail and in need of his assistance. Mr. Reyes appreciates the Court's consideration of this request.

Respectfully submitted,

        /s/
Zawadi Baharanyi
Assistant Federal Defender
212-417-8735

cc:     Kaylan Lasky
        Assistant United States Attorney