# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

February 16, 2023

**VIA ECF**
The Honorable Paul A. Crotty
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: **United States v. Baudilio Reyes**,
    **20 CR. 507 (PAC)**

Dear Judge Crotty:

I write to request that Your Honor order the United States Pretrial Services Office in the Southern District of New York to release Mr. Reyes's passport back to Mr. Reyes's family. Mr. Reyes's passport was surrendered to Pretrial Services during the pendency of his criminal case. On September 26, 2022, Mr. Reyes received a sentence of 60 months with three years of supervised release. He is currently incarcerated at FCI Schuylkill.

Pretrial Services has informed my office that they need to release his passport or it will be returned to the Department of State after 90 days. They can only release Mr. Reyes's passport pursuant to a Court order. We thus respectfully request that the Court order the release of his passport.

Respectfully submitted,

/s/ Zawadi Baharanyi
Zawadi S. Baharanyi, Esq.
Assistant Federal Defender
Tel.: (212) 417-8735

2/21/23

SO ORDERED:

_____
**HONORABLE PAUL A. CROTTY**
**United States District Judge**